```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 02728
   CARL A WILLIAMS
   TRACEY S WILLIAMS                        CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9846    SSN XXX-XX-9285

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/06/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/07/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSEC W/INTER    1388.55         56.54        177.26
ASSET ACCEPTANCE LLC       UNSEC W/INTER     572.70         23.33         73.11
CAPITAL ONE                UNSEC W/INTER    2778.38        113.11        354.71
CAPITAL ONE                UNSEC W/INTER    3192.62        129.96        407.61
ROUNDUP FUNDING LLC        UNSEC W/INTER     462.61         17.17         46.69
RMI/MCSI                   UNSEC W/INTER     500.00         20.34         63.83
CB USA                     UNSEC W/INTER    1240.15         50.49        158.33
CAPITAL ONE AUTO FINANCE   SECURED VEHIC    9425.00        401.38        181.91
CAPITAL ONE AUTO FINANCE   UNSEC W/INTER    4567.75        183.43        583.15
ROUNDUP FUNDING LLC        UNSEC W/INTER    2163.93         88.10        276.26
BANK OF AMERICA            UNSEC W/INTER NOT FILED            .00           .00
BUREAU OF COLLECTION REC   UNSEC W/INTER NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    7368.33        299.93        940.72
CITY OF CHICAGO PARKING    UNSEC W/INTER     450.00         16.73         42.82
COLL REC BUR               UNSEC W/INTER NOT FILED            .00           .00
FALLS COLLECTION SERVICE   UNSEC W/INTER NOT FILED            .00           .00
HARRIS                     UNSEC W/INTER NOT FILED            .00           .00
IC SYSTEMS                 UNSEC W/INTER NOT FILED            .00           .00
METRO INFECTIOUS DISEASE   UNSEC W/INTER NOT FILED            .00           .00
NCO FINANCIAL              UNSEC W/INTER NOT FILED            .00           .00
NCO FINANCIAL              UNSEC W/INTER NOT FILED            .00           .00
NCO FINANCIAL SYSTEM       UNSEC W/INTER NOT FILED            .00           .00
PROVIDIAN NATIONAL BANK    UNSEC W/INTER NOT FILED            .00           .00
RMI/MCSI                   UNSEC W/INTER NOT FILED            .00           .00
SENEX SERVICES CORP        UNSEC W/INTER NOT FILED            .00           .00
SUPERIOR MANAGEMENT        UNSEC W/INTER NOT FILED            .00           .00
TRUSTMARK RECOVERY         UNSEC W/INTER NOT FILED            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSEC W/INTER    3348.16        136.29        427.47
UNIVERSITY OF CHICAGO PH   UNSEC W/INTER NOT FILED            .00           .00
JACKSON PARKSIDE APARTME   NOTICE ONLY   NOT FILED            .00           .00
ILLINOIS DEPT OF REV       PRIORITY          103.93           .00        103.93
ILLINOIS DEPT OF REV       UNSEC W/INTER      30.00           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 02728 CARL A WILLIAMS & TRACEY S WILLIAMS
```

```
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       13.00              .00            13.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,500.00                          3,500.00
TOM VAUGHN                 TRUSTEE                                               747.68
DEBTOR REFUND              REFUND                                                 34.72
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```
                           RECEIPTS            DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE                   9,670.00

PRIORITY                                            116.93
SECURED                                             181.91
    INTEREST                                        401.38
UNSECURED                                         3,551.96
    INTEREST                                      1,135.42
ADMINISTRATIVE                                    3,500.00
TRUSTEE COMPENSATION                                747.68
DEBTOR REFUND                                        34.72
                         ---------------      ---------------
TOTALS                    9,670.00                9,670.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 03/10/09              _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE